PICTORIAL FILMS, INC., Respondent, v. PATHE INDUSTRIES, INC., Appellant, et al., Defendants.— Order unanimously modified so as to strike therefrom decretal paragraph " d " and, as so modified, affirmed, without costs to either party. No opinion. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [Order granted motion for injunction *pendente lite.*]

IDA RITTER, Appellant, v. BEN M. BECKER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of JOSEPH P. MAHONEY, on Behalf of Himself and All Others Similarly Situated, Appellant, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

SAM FOX, Respondent, v. HYMAN MARCUS, Doing Business under the Name of MANHATTAN TECHNICAL INSTITUTE, et al., Appellants.— Order unanimously modified so as to require plaintiff, in addition to the further bill of particulars to be furnished by him after the examination before trial of defendants, to furnish, prior to such examination, a further bill of particulars stating the details of the information which he now has concerning all enrollees presently known to him and which he claims have been enrolled as a result of his efforts. As so modified the order is affirmed, with $20 costs and disbursements to appellants. Settle order on notice. Motion No. 52 by defendants to stay their examination before trial at the instance of plaintiff pursuant to the order of Mr. Justice BRISACH is granted so as to stay said examination until the furnishing of the further bill of particulars hereby directed to be supplied prior to such examination. Settle order on notice on motion No. 52. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of JOHN COLETTA et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to petitioners-respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of JASGOLD REALTY CORP., Appellant, against ANTHONY DE STEFANO, as Clerk of the Municipal Court, Borough of Manhattan, Tenth District, et al., Respondents.— Order unanimously affirmed and the clerk is directed to issue the warrant of eviction unless, within three days after service of a copy of the order to be entered herein, with notice of entry thereof, the tenants pay the landlord the costs referred to in the order appealed from. No opinion. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.